# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0554

VERSUS

CHRISTOPHER NICHOLLS EASON

**AUGUST 23, 2024**

---

In Re:    Christopher Nicholls Eason, applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Tangipahoa, No. 1402849.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT DENIED.** Relator's claim in the motion to correct an illegal sentence does not relate to the legality of his sentence itself under the applicable statutes; and, thus, the issue may not be raised in a motion to correct an illegal sentence. See **State v. Parker**, 98-0256 (La. 5/8/98), 711 So.2d 694, 695 (per curiam); **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (per curiam), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT